# United States Court of Appeals for the Federal Circuit

---

February 28, 2020

**ERRATA**

---

Appeal No. 2019-1727

**AMERICAN INSTITUTE FOR INTERNATIONAL STEEL, INC., SIM-TEX, LP, KURT ORBAN PARTNERS, LLC,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, MARK A. MORGAN, ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees*

Decided: February 28, 2020
Non-Precedential Opinion

---

Please make the following changes:

On page 16, line 12: change "Congress." to "Congress).".

2                    AMERICAN INST. FOR INT'L STEEL v. UNITED STATES

On page 16, line 25: change "(1976))." to "(1976))).".